# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | |
|---|---|
| INTERACTIVE PLAY DEVICES LLC, a Texas limited liability company, | CIVIL ACTION FILE NO. |
| Plaintiff, | 6:20-cv-01120 |
| v. | **JURY TRIAL DEMANDED** |
| TARGET CORPORATION, a foreign corporation. | |
| Defendant. | |

## COMPLAINT FOR PATENT INFRINGEMENT

1.      This is an action for patent infringement under 35 U.S.C. § 271, et seq., by Interactive Play Devices LLC ("IPD") against Target Corporation ("Target" or "Defendant").  The action is for infringement of U.S. Patent No. 7,491,108 (the "108 Patent", **Exhibit A**), U.S. Patent No. 7,491,111 (the "111 Patent", **Exhibit B**), U.S. Patent No. 7,018,265 (the "265 Patent", **Exhibit C**), U.S. Patent No. 9,868,072 (the "072 Patent", **Exhibit D**), and U.S. Patent No. 10,661,190 (the "190 Patent", **Exhibit E**). Collectively, these patents are the "Ghaly Patents."

## THE PARTIES

2.      IPD is a limited liability company formed under the laws of Texas with its registered office address located in Austin, Texas. IPD is the owner by assignment of the Ghaly Patents.

3.      Target is a Minnesota Corporation with a principal office located at 1000 Nicollet Mall, Minneapolis, Minnesota 55403. Target maintains numerous "big box" retail stores in this district, including retail stores in Waco and Austin, among others.  Target may be served with process via its registered agent as follows: CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, Texas, 75201-3136.

4.      Spin Master, Ltd. is a wholly-owned subsidiary of Spin Master Corp., a publicly-traded company.  Spin Master Ltd. is an operating company that operates globally, including in the United States.  Spin Master Ltd. designs, manufactures, distributes and sells a wide variety of popular toys throughout the world.  It is one of the largest toy companies in North America. Spin Master's toys have been marketed, distributed and sold throughout the world, including in the United States.

5.      Since 2016, Spin Master Ltd. has made, imported, marketed and sold interactive robotic products globally, including in the United States, including the Hatchimals, Luvabella and Zoomer product lines (e.g., Zoomer Playful Pup).  These products are collectively referred to herein as the "Infringing Products."    Target has sold, offered for sale and sells the Infringing Products into the United States through retail stores physically located in this judicial district.

6.      Spin Master Ltd. has at all times between 2016 and the current date maintained employees whose purpose it is to encourage and support Target in the sale of its products, including the Infringing Products, in the United States.

7.      Spin Master Ltd., between 2016 and the current date, has created and/or used and/or provided to Target content (*e.g*., advertisements, YouTube and other marketing videos, web pages, instruction manuals, marketing materials)  to help Target advance the sale and use of the Infringing Products in the United States.  Examples of this content follow for Hatchimals (par. 8), Luvabella (par. 9) and Zoomer (par. 10).

8.    For example, this is a web page created by Spin Master Ltd. used to promote Hatchimals on the Spin Master web site:



https://www.spinmaster.com/product_detail.php?pid=p30324&bid=cat_hatchimals

9.    For example, this is a web page created by Spin Master Ltd. used to promote Luvabella on the Spin Master web site:



https://www.spinmaster.com/product_detail.php?pid=p21330&bid=cat_luvabella

10.    For example, this is a web page created by Spin Master Ltd. used to promote Zoomer

Playful Pup on the Spin Master web site:



https://www.spinmaster.com/product_detail.php?pid=p30332&bid=cat_zoom_pets

11.    The Infringing Products are packaged in boxes which identify Spin Master Ltd. as the

manufacturer, seller and responsible party.  Inside each box are product instructions which,

again, identify Spin Master Ltd.

12.    For example, the following is a true and correct photograph of a portion of a Hatchimals

box and a portion of the Hatchimals instructions identifying Spin Master Ltd.:



**Hatchimals Box**

SPIN MASTER LTD., 450 FRONT STREET WEST, TORONTO, ON M5V 1B6 CANADA
Customer Care: 1-800-622-8339
Email: customercare@spinmaster.com
Imported into EU by: Spin Master International,
S.A.R.L., 20 Rue Des Peupliers, L-2328, Luxembourg
www.spinmaster.com
TM & © Spin Master Ltd. Patent pending. All rights reserved. Remove all packaging before use.
Retain this information, addresses and phone numbers for future reference. Content may vary
from pictures. An adult should periodically check this toy to ensure no damage or hazards exist,
if so, remove from use. Children should be supervised during play. Spin Master reserves the right
to discontinue use of the www.hatchimals.com website at any time.
MADE IN CHINA.

WWW.SPINMASTER.COM                                                    8

**Hatchimals Instructions**

13.    The following are true and correct photos of a Luvabella box and a portion of the related product instructions identifying Spin Master Ltd.:





**Luvabella Box**

SPIN MASTER LTD., 450 FRONT STREET WEST, TORONTO, ON M5V 1B6 CANADA
Customer Care / Service clientèle : 1-800-622-8339 • Email: customercare@spinmaster.com
TM & © Spin Master Ltd. All rights reserved. Remove all packaging before use. Retain this information, addresses and phone numbers for future reference. Content may vary from pictures. An adult should periodically check this toy to ensure no damage or hazards exist, if so, remove from use. Children should be supervised during play. Spin Master reserves the right to discontinue use of the www.myluvabella.com website at any time. Meets CPSC Safety Requirements. MADE IN CHINA.

**Luvabella Instructions**

14.     The following are true and correct photos of a Zoomer box and instructions identifying

Spin Master Ltd.:



**Zoomer Box**

**Zoomer Instructions**

## PERSONAL JURISDICTION AND VENUE

15.     This is an action for infringement of a United States patent arising under 35 U.S.C. §§ 271, 281, and 284–85, among others. This Court has subject matter jurisdiction of the action under 28 U.S.C. §§ 1331 and 1338(a).

16.     Target has availed itself of the privilege of doing business in Texas, including in this judicial district.  Upon information and belief, Target has regular and established places of business in Texas, including within this judicial district.

17.     Upon information and belief, Target has hired employees who work in this judicial district who advance the sale of the Infringing Products.

18.     This Court has personal jurisdiction over Target in this action because Target has committed acts within the Western District of Texas giving rise to this action (offers for sale and sales of the Infringing Products) and has established minimum contacts with this forum such that the exercise of jurisdiction over Target would not offend traditional notions of fair play and substantial justice.

19.     Venue is proper pursuant to 28 U.S.C. §§ 1391 and 1400(b).

20.     Target is subject to this Court's specific and general personal jurisdiction under due process and/or the Texas Long Arm Statute.   This is due, *inter alia*, to its substantial business in this forum, including: (i) a portion of the infringements alleged herein; and (ii) regularly doing or soliciting business, engaging in other persistent courses of conduct in Texas, and/or deriving substantial revenue from goods and services provided to individuals in Texas, including in this district.

## COUNT I
### (Infringement of the 108 Patent)

21.     Count I incorporates the contents of the preceding paragraphs 1-20 as if restated fully

herein.

22.     Hatchimals include Pengualas, Draggles, Owlicorns, Burtles, and Bearakeets, among

others.  The Hatchimals were released by Spin Master Ltd. on or about October 7, 2016.  Unless

otherwise noted, these varieties each possess the same features, functions and components

described herein with respect to the 108 Patent.

23.      Through retail stores, Target has sold, sells and has offered for sale the Infringing

Products, including Hatchimals, in the United States.

24.     Hatchimals are electronic toy vehicles encased in a disposable plastic housing designed to

look like an egg.

25.     According to promotional content created by Spin Master Ltd., the user has to pick up the

egg and rub the bottom to encourage the toy to start pecking at the egg to break through. The

user can also tap gently on the shell and the toy will tap back. A user must interact with the egg

for a certain time period before the toy will respond and begin hatching.

26.     Once hatched, a Hatchimal is ready to play and grow. "Give your Hatchimal a name and

raise it through 3 stages: from baby, to toddler, to kid. At each stage they'll sing 'Hatchy

Birthday'! Hatchimals really walk, talk, dance, play games, and more."

https://spinmastersupport.helpshift.com/a/hatchimals/?s=general-faqs&f=what-is-a-

hatchimal&p=web

27.     The Hatchimal includes at least one of a switch, a pressure switch and a sound activated

sensor. For example, the Hatchimal detects when a user is rubbing the shell of the Hatchimal.

The Hatchimal also responds to sound, such as clapping.

28.      Each Hatchimal has a protective exterior housing with a motor and gearbox (connected to wheels located under the bottom of the exterior housing, not visible in the picture below), interior computer components (*e.g.*, a circuit board containing a microprocessor and memory), and wires connecting the computer components to external sensors and the gearbox as illustrated by the following picture:



http://blog.tekkies.co.uk/2017/02/hatchimal-dissasembly.html.

29.      Among the interactions between user and Hatchimal is teaching the Hatchimal to talk and to walk.  According to Spin Master's web site:

Support / After Hatching FAQs / Question

## How do I teach my Hatchimal to talk?

Your Hatchimal™ must be in **Toddler** or **Kid** stage to learn to talk.
  1. Press and Hold your Hatchimal™'s belly.
  2. Your Hatchimal™ will say "Hello!"
  3. Continue to hold the belly while you speak.
  4. Release the belly to hear your Hatchimal™ repeat what you've said!
Your Hatchimal™ will remember the last thing you've recorded and repeat it randomly while playing in autonomous mode.

https://spinmastersupport.helpshift.com/a/hatchimals/?p=web&s=after-hatching-faqs&f=how-do-i-teach-my-hatchimal-to-talk&l=en

Support / After Hatching FAQs / Question

## How do I teach my Hatchimal to walk?

Your Hatchimal™ must be in **Toddler** or **Kid** stage to learn to walk.
1. Press your Hatchimal™'s belly repeatedly until its eyes flash WHITE.
2. Wait 3 seconds or pat your Hatchimal™'s head to enter.
3. When its eyes are solid WHITE you can clap to your Hatchimal™.
4. Clap once to make your Hatchimal™ move forward.
5. Clap two or more times to make your Hatchimal™ spin.
Careful! Too much spinning and your Hatchimal™ can get dizzy!

To exit at any time, press your Hatchimal™'s belly.

https://spinmastersupport.helpshift.com/a/hatchimals/?p=web&s=after-hatching-
faqs&f=how-do-i-teach-my-hatchimal-to-walk&l=en

30.    Each Hatchimal employs a control program (comprised of computer program segments)

which is executed by the microprocessor, and which controls the Hatchimal and which tracks

and stores a certain amount of interaction with a user before the Hatchimal can proceed to a next

stage to learn new activities.  Accordingly, it processes a user's responses to determine the level

of interaction the user has engaged in with the Hatchimal.  The following page from the

Hatchimals' instruction manual illustrates this:



NOW THAT YOUR HATCHIMAL HAS HATCHED, YOU MUST RAISE IT FROM BABY, TO TODDLER, TO KID.

HEAD SENSOR

LED LIGHTS

CHEST BUTTON

TILT SWITCH

MICROPHONE

ON / OFF SWITCH

RESET BUTTON

RAINBOW LIGHTS APPEAR AND I SING "HATCHI BIRTHDAY" WHEN I MOVE FROM ONE STAGE TO ANOTHER.

| COLOR | WHAT IT MEANS | I USE COLOR AND SOUND TO TELL YOU WHAT I WANT OR NEED: WHAT TO DO |
|---|---|---|
| PINK | I NEED A CUDDLE | PET MY HEAD. |
| RED | I AM UPSET | PET MY HEAD TO CALM ME DOWN. |
| ORANGE | I NEED TO BURP | PAT MY HEAD OR TILT ME FORWARD. |
| FLASHING ORANGE | I HAVE THE HICCUPS | MAKE A LOUD NOISE TO SCARE THEM AWAY. |
| YELLOW | I AM EXPLORING | PLAY WITH ME IN DIFFERENT WAYS. |
| GREEN | I AM SICK | PET MY HEAD, TILT ME FORWARD OR SQUEEZE MY BELLY. |
| TEAL | "LEARN TO TALK" | PRESS AND HOLD MY BELLY. AFTER I SAY HELLO, SAY SOMETHING, THEN RELEASE MY BELLY. |
| LIGHT BLUE | I AM COLD | RUB MY HEAD OR SQUEEZE MY BELLY TO WARM ME UP. |
| DARK BLUE | I AM SCARED | PET MY HEAD TO COMFORT ME OR CLAP TO SCARE ME MORE. |
| WHITE | I AM GOING TO SLEEP | SQUEEZE MY BELLY TO WAKE ME UP. |

31.     According to the instructions authored by Spin Master Ltd., each Hatchimal uses the information it obtains from interacting with a user to progress to a next stage, such as the toddler stage, wherein the Hatchimal learns different activities, such as talking, walking and dancing.

TEACH ME! - **TEACH ME TO WALK, TALK AND DANCE.**



www.youtube.com/hatchimals

Access and cycle through the MENU, by PRESSING my BELLY.
When you see the color and hear the sound effect of the game you want, WAIT THREE SECONDS or PAT my HEAD to enter.
To EXIT a game at any time, PRESS my BELLY.

| "LEARN TO TALK" - TEAL | "LEARN TO WALK" - FLASHING WHITE | DANCE MODE! - FLASHING PURPLE | NURTURE PLAY |
|---|---|---|---|
|  | CLAP |  |  |
| PRESS and HOLD my belly to TEACH ME to TALK. My light will change to TEAL. AFTER I say HELLO, SAY something, then RELEASE my BELLY. I will REPEAT what you say! | When I ENTER "LEARN TO WALK", I will say OKAY and my LIGHT will change to SOLID WHITE. SOLID WHITE LIGHT means I am WAITING for a COMMAND. ONE CLAP makes me move FORWARD. TWO or more CLAPS make me SPIN. Careful, I might get DIZZY. | When I ENTER DANCE MODE, I will say OKAY and PLAY MUSIC. When I am dancing, PAT my HEAD to play a DRUM BEAT. To PAUSE my MUSIC, turn me UPSIDE DOWN, then RIGHT SIDE UP. To PLAY the MUSIC AGAIN, turn me UPSIDE DOWN and RIGHT SIDE UP AGAIN. | All the NURTURE PLAY from STAGE 3 is still available. See Page 10. |

32.     Each of the Hatchimals is therefore an interactive play device for interacting between the device and the user comprising:

        a housing,

a microprocessor with a computer-readable medium encoded with a computer program to control the operation of the device,

a computer program segment that generates a plurality of interactions for providing interactive effects with the user,

at least one of a switch, a pressure switch, a sound activated sensor, a voice activated module, a speech recognition module, a magnetic sensor, a light activated sensor, a magnetic sensor, a proximity sensor, a switch on a remote control apparatus, and an accessory that can be plugged into the device to enable a user to interact with the device,

computer memory to store information related to user's responses to interactions, a computer program segment that processes user's responses to derive knowledge information pertaining to how the user has interacted with the device, and

a computer program segment that employs said knowledge information to control the device to operate in a distinct manner that is different from the operation of a similar device with a different knowledge information.

33.     Because all elements of at least one claim of the 108 Patent are present in each of the Infringing Products, either literally or under the doctrine of equivalents, Target's past and present sales and offers for sale of the Infringing Products in the U.S., as well as its support and encouragement of customers to use the Infringing Products with knowledge that such use infringes the 108 Patent, infringes at least one claim of the 108 Patent.

34.     Claim charts demonstrating infringement of the Ghaly Patents, including the 108 Patent, on an element-by-element basis by the Infringing Products will be served with the Preliminary Infringement Contentions in this case in accordance with the rules of this Court.

## COUNT II
### (Infringement of the 111 Patent)

35.     Count II incorporates the contents of the preceding paragraphs 1-34 as if restated fully herein.

36.     Through retail stores, Target has sold, sells and has offered for sale the Infringing Products, including Hatchimals, in the United States.

37.     Each Hatchimal is an interactive toy vehicle that provides interactive effects with the user comprising:

> input control mechanisms to enable a player to control the vehicle, and interact with the vehicle,
>
> a microprocessor with a computer-readable medium encoded with a computer program to control the operation of the vehicle,
>
> a computer program segment to control the operation of the vehicle,
>
> computer memory to store information related to user's interactions,
>
> a computer program segment that analyzes user's interactions with the vehicle in order to derive knowledge information that includes at least one of pattern of user's interactions with the vehicle, user's preferences in interacting with the vehicle, user's habits in interacting with the device, and personal information pertaining to the user, and
>
> a computer program segment that employs said knowledge information to operate the vehicle in a plurality of states that imitates human or android behavior.

38.     Because all elements of at least one claim of the 111 Patent are present in the Infringing Products (e.g., the Hatchimals), either literally or under the doctrine of equivalents, Target's past and present sales and offers for sale of the Infringing Products in the U.S., as well as its support and encouragement of customers to use the Infringing Products with knowledge that such use is likely to infringe, infringe at least one claim of the 111 Patent.

39.     Because all elements of at least one claim of the 111 Patent are present in the Infringing Products (e.g., Hatchimals), either literally or under the doctrine of equivalents, Target's past and present sales and offers for sale of them in the U.S. infringe at least one claim of the 111 Patent.

40.     Claim charts demonstrating infringement of the Ghaly Patents, including the 111 Patent, on an element-by-element basis by the Infringing Products will be served with the Preliminary Infringement Contentions in this case.

## COUNT III
### (Infringement of the 265 Patent)

41.     Count III incorporates the contents of the preceding paragraphs 1-40 as if restated fully herein.

42.     Through retail stores, Target has sold, sells and has offered for sale the Infringing Products, including Hatchimals, in the United States.

43.     The Infringing Products include Hatchimals and Zoomer products, which are examples of a toy vehicle comprising:

> vehicle chassis or frame having a plurality of wheels,
>
> motor driving at least one wheel of the vehicle,
>
> input control means, which includes at least one of a switch, a sound activated sensor, a voice activated module, a speech recognition module, a light activated sensor, and a magnetic sensor, to enable a player to control the vehicle, and interact with the vehicle, and
>
> additional means to control the operation of the vehicle, and which causes the vehicle, at certain times, to function in a manner that is different from its normal operation when it is responsive to said input control means.

44.     Because all elements of at least one claim of the 265 Patent are present in each of the Infringing Products, either literally or under the doctrine of equivalents, Target's past and present sales and offers for sale of the Infringing Products in the U.S., as well as its support and encouragement of customers to use the Infringing Products with knowledge that such use likely infringes, infringe at least one claim of the 265 Patent.

45.     Claim charts demonstrating infringement of the Ghaly Patents, including the 265 Patent, on an element-by-element basis by the Infringing Products will be served with the Preliminary Infringement Contentions in this case.

## COUNT IV
### (Infringement of the 072 Patent)

46.     Count IV incorporates the contents of the preceding paragraphs 1-45 as if restated fully herein.

47.     Through retail stores, Target has sold, sells and has offered for sale the Infringing Products, including Hatchimals, in the United States.

48.     The Infringing Products include an interactive play device for interacting between the device and a user, wherein the device gains knowledge from a plurality of interactions with the user, comprising:

> a housing,
>
> a microprocessor with a non-transitory computer-readable medium encoded with a computer program to control the operation of the play device, including enabling the device to operate in a plurality of states,
>
> a computer program segment that generates a plurality of interactions, wherein the device provides at least two distinct interactions in at least one of said plurality of operating states,
>
> at least one of a push button, switch, pressure switch, touch control switch, sensor, voice activated switch, speech recognition module, sound activated sensor, a motion detector, a touch control located on a remote apparatus, a sensor located on a remote apparatus, a push button located on a remote control apparatus, and an accessory that can be plugged into the device to enable the user to interact with the device,
>
> computer memory to store information related to said plurality of user's interactions with the device,
>
> a computer program segment that employs said stored information to establish knowledge information that includes at least one of user's responses to interactions by the device, pattern of user's interactions, user's

preferences in interacting with the device, user's skill in interacting with the device, and personal information pertaining to the user, and

a computer program segment, responsive to user's interaction with the device and which uses said knowledge information to transform the device from a current operating state to a different operating state.

49.     Because all elements of at least one claim of the 072 Patent are present in the Infringing Products, either literally or under the doctrine of equivalents, Target's past and present manufacture, use, importation and sales and offers for sale of the Infringing Products in the U.S., as well as its support and encouragement of customers to use the Infringing Products with knowledge that such use is likely infringing, infringe at least one claim of the 072 Patent.

50.     Claim charts demonstrating infringement of the Ghaly Patents, including the 072 Patent, on an element-by-element basis by the Infringing Products will be served with the Preliminary Infringement Contentions in this case.

## COUNT V
### (Infringement of the 190 Patent)

51.     Count V incorporates the contents of the preceding paragraphs 1-50 as if restated fully herein.

52.     Through retail stores, Target has sold, sells and has offered for sale the Infringing Products, including Hatchimals, in the United States.

53.     Each of the Hatchimals is a mobile interactive play device for interacting with a user, comprising:

a housing;

a motor;

a plurality of input control mechanisms, including at least one switch, a touch control, a remote control, a sensor, a voice activated module, a voice recognition module, or a speech recognition module, permitting the user to interact with the device;

a computer memory to store data related to user's interactions with the device;

a microprocessor with a non-transitory computer-readable medium encoded with a computer control program and a plurality of computer program segments to control operation of the play device;

a first computer program segment that processes said stored data to establish knowledge information related to how the user interacted with the device during said plurality of past interactions, including at least one of user's responses to interactions with the device, pattern of user's interactions with the device, type of user's interactions with the device, user's preferences in interacting with the device, user's skill in interacting with the device, and personal information pertaining to the user;

a second computer program segment that employs said knowledge information to transform the device from a first operating state to a second operating state;

a third computer program segment that causes the device to perform distinct functionality in each of said first state and said second state; and

a fourth computer program segment that causes the device to engage in a random event or act which is not based on said knowledge information.

54.    Because all elements of at least one claim of the 190 Patent are present in the Infringing Products, either literally or under the doctrine of equivalents, Target's past and present sales and offers for sale of the Infringing Products in the U.S. infringe at least one claim of the 190 Patent.

55.    Claim charts demonstrating infringement of the Ghaly Patents, including the 190 Patent, on an element-by-element basis by the Infringing Products will be served with the Preliminary Infringement Contentions in this case.

## THE INFRINGEMENT IS WILLFUL

56.    Target has been on notice of Ghaly Patents since at least as early as September 1, 2017, when it was advised by the Plaintiff that it was selling certain product(s) made by WowWee that were interactive toy robots substantially similar to the Infringing Products, in violation of numerous claims of the Ghaly Patents.

57.     In response, Target did not modify its behavior.  It continued to sell the infringing WowWee products at issue.

58.     Plaintiff provided to Target's counsel numerous claim charts showing in detail how numerous interactive robotic toys being sold by Target that were substantially similar to the Infringing Products infringed numerous claims of the Ghaly Patents.

59.     In response, Target did not modify its behavior.  It continued to sell the infringing WowWee products at issue.

60.     Plaintiff then identified another interactive toy robot being sold by Target – the Anki Cozmo – and provided Target's counsel claim charts detailing the infringement of numerous claims of the Ghaly Patents.  Cozmo was substantially similar to the Infringing Products.

61.     In response, Target did not modify its behavior.  It continued to sell the infringing Anki product at issue.

62.     Since September 2017, Target's ongoing sales of interactive toy robots including the Infringing Products, have knowingly infringed the Ghaly Patents.

63.     For at least these reasons, Target's conduct is egregious such that the trier of fact will determine that it has willfully infringed the Ghaly Patents.

**PRAYER FOR RELIEF**

WHEREFORE, IPD respectfully requests the Court to enter judgment as follows:

A.     That Defendant has directly and indirectly infringed the Ghaly Patents;

B.     That Defendant be ordered to pay damages adequate to compensate IPD for its infringement of the Ghaly Patents, but in no event less than a reasonable royalty, together with prejudgment and post-judgment interest thereon;

C.     That Defendant be ordered to account for any post-verdict infringement and pay no less than a reasonable royalty, together with interest, thereon;

D.     That damages be enhanced based on the willfulness of the infringement, to the maximum extent permitted by law; and

E.     That IPD be granted such other and additional relief as the Court deems just and proper.

**Jury Demand**

IPD hereby demands a jury trial as to all issues so triable.

DATED this 9th day of December, 2020.

RESPECTFULLY SUBMITTED,

/s/ John A. "Andy" Powell
John A. "Andy" Powell
State Bar No. 24029775
USPTO Reg. No. 71,533
powell@namanhowell.com
John P. Palmer
State Bar No. 15430600
palmer@namanhowell.com
Jacqueline P. Altman
State Bar No. 24087010
jaltman@namanhowell.com
NAMAN HOWELL SMITH & LEE, PLLC
400 Austin Ave., Suite 800
Waco, Texas 76701
Tel.: (254) 755-4100
Fax: (254) 754-6331

-and-
Steven G. Hill - Georgia Bar No. 354658
Pro Hac Vice application to be filed
sgh@hkw-law.com
HILL, KERTSCHER & WHARTON, LLP
3350 Riverwood Parkway
Atlanta, Georgia 30339
Tel.: (770) 953-0995
Fax: (770) 953-1358

*Counsel for Plaintiff Interactive Play Devices LLC*