UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| INTERACTIVE PLAY DEVICES LLC, a Texas limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, a foreign corporation.<br><br>Defendant. | CIVIL ACTION FILE NO.<br><br>6 :20-cv-01120<br><br>**JURY TRIAL DEMANDED** |

## CASE READINESS STATUS REPORT

Plaintiff Interactive Play Devices LLC ("IPD") and Defendant Target Corporation ("Target"), hereby provide the following status report in advance of the initial Case Management Conference (CMC).

## FILING AND EXTENSIONS

IPD's Complaint was filed on December 9, 2020. There have been no extensions.

## RESPONSE TO THE COMPLAINT

Target answered on January 5, 2021.

## PENDING MOTIONS

No motions are pending. IPD intends to file a motion to stay pursuant to the customer suit doctrine. Target intends to file a motion to consolidate this case with the below related case.

## RELATED CASES IN THIS JUDICIAL DISTRICT

*Interactive Play Devices LLC. v. Spin Master Ltd.*, 6:20-cv-00066-ADA.

## IPR, CBM, AND OTHER PGR FILINGS

Target has filed no IPR, CBM, or other PGR filings.

## NUMBER OF ASSERTED PATENTS AND CLAIMS

IPD has asserted one or more claims from each of the following five patents: U.S. Patent Nos. 7,491,108; 7,491,111; 7,018,265; 9,868,072; 10,661,190.

## APPOINTMENT OF TECHNICAL ADVISER

The parties do not think that the appointment of a technical advisor is necessary in this case.

## MEET AND CONFER STATUS

Plaintiff and Defendant met and conferred on January 8, 2021. The parties have the following pre-Markman issues to raise at the CMC:

1. They request that the above motions be addressed at the conference if not ruled upon prior to the conference.

2. They propose that the Court not set a schedule until after the Court rules on IPD's motion to stay and Target's motion to consolidate, as both motions impact the schedule in this case.

DATED this 11th day of January, 2021.

RESPECTFULLY SUBMITTED,

*/s/ John A. "Andy" Powell*
John A. "Andy" Powell
State Bar No. 24029775
USPTO Reg. No. 71,533
powell@namanhowell.com
John P. Palmer
State Bar No. 15430600
palmer@namanhowell.com
Jacqueline P. Altman
State Bar No. 24087010
jaltman@namanhowell.com
NAMAN HOWELL SMITH & LEE, PLLC
400 Austin Ave., Suite 800
Waco, Texas 76701

Tel.: (254) 755-4100
Fax: (254) 754-6331

-and-

John L. North – *Pro Hac Vice* (pending)
jln@hkw-law.com
Georgia Bar No. 545580
Steven G. Hill – *Pro Hac Vice* (pending)
sgh@hkw-law.com
Georgia Bar No. 354658
HILL, KERTSCHER & WHARTON, LLP
3350 Riverwood Parkway
Atlanta, Georgia 30339
Tel.: (770) 953-0995
Fax: (770) 953-1358

***Counsel for Plaintiff Interactive Play Devices LLC***

-and-

*/s/  Carrie A. Bader*
Carrie A. Bader
Megan J. Redmond
Erise IP, P.A.
7015 College Blvd., Ste. 700
Overland Park, KS 66211 Tel:
Tel:  (913) 777-5600
Fax: (913) 777-5601

-and-

Claire Abernathy Henry (TX SBN 24053063)
Charles Everingham IV (TX SBN 00787447)
WARD, SMITH & HILL, PLLC
1507 Bill Owens Parkway
Longview, Texas 75604
Tel:  (903) 757-6400
Fax: (903) 757-2323

***Counsel for Defendant Target Corporation***

3